1

**BAKER MANOCK & JENSEN, PC**
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE (559) 432-5400
TELECOPIER (559) 432-5620

Attorneys for    Plaintiff RUIZ FOOD PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RUIZ FOOD PRODUCTS, INC., a California corporation | Case No. |
| Plaintiff, | COMPLAINT |
| v. | 1. Trade Dress Infringement (Common Law)<br>2. Trade Dress Infringement (Lanham Act)<br>3. California Unfair Business Practice |
| CAMINO REAL FOODS, INC. a California corporation | |
| Defendant. | Jury Trial Demanded |

For its complaint against Defendant CAMINO REAL FOODS, INC. ("Defendant"), Plaintiff RUIZ FOOD PRODUCTS, INC.. ("Ruiz" or "Plaintiff"), alleges as follows:

### PARTIES

1.      Plaintiff is, and at all times mentioned was, a California corporation, with its principal place of business located at 501 South Alta Avenue, Dinuba, CA, 93618.  Plaintiff is a producer and seller of, among other things, the El Monterey brand of Mexican food products, including frozen burritos and chimichangas.  Plaintiff sells its products all over the United States.

2.      Plaintiff is informed and believes, and on that basis alleges, that Defendant is and at all times mentioned was a California corporation with its principal place of business at 2638 E. Vernon Ave., Vernon, CA 90058.  Defendant produces and sells the Las Campanas line of frozen burritos and chimichangas.  Plaintiff is informed and believes and therein alleges that Defendant sells its products in California (including Fresno and Stanislaus Counties, California),

Arizona and possibly other states.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

3.      Plaintiff is in the business of producing and selling, among other things, frozen Mexican food, including burritos and chimichangas, under the El Monterey brand.  Plaintiff sells its products at wholesale to stores, which sell the products at retail to customers.

4.      Plaintiff has continuously used the same distinctive packaging for its burritos and chimichangas since at least 2004.  The packaging includes a horizontal orientation for the package, consisting of an image of two burritos or chimichangas on a plate, a consistent background pattern, a color scheme to identify the various flavors, the words BURRITOS or CHIMICHANGAS in distinctive lettering on the upper right portion, including a fanciful "dot" to the "I", placement of "El Monterey" on the upper left portion, "Family Pack" on the left side (on larger packages), heating instructions on the lower left portion, and nutritional information on the right side over the product image.  Examples of El Monterey packaging design are attached hereto as Exhibit "A."

5.      Plaintiff has expended substantial resources in advertising and promoting the El Monterey products in its current packaging since 2004, including online advertising on its website.

6.      Defendant is a competitor of Plaintiff.  Defendant has copied Plaintiff's packaging design for its Las Campanas line of burritos and chimichangas.  Defendant's packaging includes a horizontal orientation for the package, consisting of an image of two burritos or chimichangas on a plate, a consistent background pattern, a color scheme to identify the various flavors of burrito (identical to Plaintiff's color scheme), contains the words BURRITOS or CHIMICHANGAS in the same distinctive lettering on the upper right portion, including a fanciful "dot" to the "I", placement of "Las Campanas" on the upper left portion, "Family Pack" on the left side, heating instructions on the lower left portion, and nutritional information on the right side over the product image.  Examples of Defendant's packaging design are attached hereto as Exhibit "B."

7.      Robert Cross, president of Defendant, and Katie Lee, current employees of

1  Defendant, are former employees of Plaintiff. Katie Lee worked in Plaintiff's marketing

2  department.

3         8.    Defendant is not affiliated with Plaintiff, and has no authority, license or

4  permission to produce or use packaging nearly identical to Plaintiff's.

5         9.    On or about September 3, 2009 Plaintiff demanded that Defendant cease

6  and desist from using the packaging that is nearly identical to Plaintiff's in selling their Las

7  Campanas products. A true and correct copy of Plaintiff's cease and desist letter is attached hereto

8  as Exhibit "C."

9       10.    After assuring Plaintiff on September 15, 2009 that Defendant's packaging

10  would be modified to avoid resemblance to Plaintiff's, on September 28, 2009, Plaintiff

11  discovered Las Campanas products were on store shelves in the same packaging that is nearly

12  identical to Plaintiff's. Photographs of Defendant's products on store shelves are attached hereto

13  as Exhibit "D."

14       11.    It is obvious that potential consumers will be confused by the almost

15  identical packaging of the frozen Mexican food of two different brands, El Monterey and Las

16  Campanas, and that Defendant deliberately chose their packaging to trade on the goodwill of

17  Plaintiff.

18

19  **JURISDICTION AND VENUE**

20       12.    This Court has federal question jurisdiction over the subject matter of this

21  action pursuant to 15 U.S.C. § 1121(a) (actions arising under the U.S. Trademark Act), 28 U.S.C.

22  § 1331 (actions arising from laws of the United States), 28 U.S.C. § 1338(a) (acts of Congress

23  relating to trademarks), and 28 U.S.C. §1338(b) (actions involving claims of unfair competition

24  joined with related trademark law claim).

25       13.    Defendant is subject to the specific personal jurisdiction of this Court

26  because it transacts business within this district by advertising, selling and shipping its products

27  into this district.

28       14.    Venue in this district is proper pursuant to 28 U.S.C. § 1391(b) and (c).

3

Defendant is a corporation that is subject to the jurisdiction of this court. Defendants' tortious activities harm the reputation and intellectual property of Plaintiff, an organization with an office in this district.

## FIRST COUNT

### Trade Dress Infringement

### (Common Law)

15. Plaintiff refers to and incorporates by this reference all of the allegations of Paragraphs 1 through 14 as if fully set forth herein.

16. Plaintiff owns all rights, title and interest in and to its distinctive packaging design for its frozen Mexican food sold under the El Monterey brand.

17. Defendant had constructive and actual notice of Plaintiff's use of the distinctive El Monterey packaging design in connection to frozen Mexican food.

18. Defendant, without the consent of Plaintiff is unlawfully using and misappropriating Plaintiff's El Monterey packaging design .

19. Defendant is using Plaintiff's El Monterey packaging design to sell its own line of frozen Mexican food.

20. On or about September 3, 2009, Plaintiff gave written notice to Defendant to cease and desist regarding the use of Plaintiff's El Monterey packaging design, but Plaintiff continued to use the packaging design publicly in selling its Las Campanas line of frozen Mexican food.

21. Defendant is confusing potential customers by using the El Monterey packaging design in advertising and selling its Las Campanas line of frozen Mexican food, including online advertising. Potential customers looking for El Monterey burritos and chimichangas manufactured by Plaintiff will be drawn to Defendant's Las Campanas products because the packaging is almost identical to Plaintiff's and the two brands are displayed in the same location in stores. As a direct and proximate result of the confusion, deception and/or mistake caused by Defendant's use of the El Monterey packaging design, Defendant has made, and

4

1    is making, profits in an amount according to proof. Alternatively, Defendant's actions destroy the

2    origin-identifying function of the El Monterey packaging design.

3          22.    Defendant is using Plaintiff's El Monterey packaging design with the

4    intention of causing confusion, mistake or deception. The goodwill of Plaintiff's business under

5    its El Monterey packaging design is of great value to Plaintiff, and Plaintiff will suffer irreparable

6    harm should infringement be allowed to continue to the detriment of its trade dress, reputation, and

7    goodwill.

8          23.    The foregoing acts of infringement have been and continue to be deliberate,

9    willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. §1117.

10         24.    Unless enjoined by this Court from so doing, Defendant will continue to

11   engage in acts of infringement of the sort complained herein, to the irreparable damage and injury

12   of Plaintiff.

13         25.    Plaintiff is entitled to a temporary, preliminary and permanent injunctive

14   relief against Defendant, as well as all other remedies available under common law and the

15   Lanham Act, including, but not limited to, compensatory damages, treble damages, punitive

16   damages, disgorgement of profits, and costs and attorneys fees.

17

18               **SECOND COUNT**

19               **Trade Dress Infringement**

20        **(Lanham Act 15 U.S.C. §1125(a))**

21         26.    Plaintiff refers to and incorporates by this reference all of the allegations of

22   Paragraphs 1 through 25 as if fully set forth herein.

23         27.    Plaintiff owns all rights, title and interest in and to its distinctive packaging

24   design for its frozen Mexican food sold under the El Monterey brand.

25         28.    Defendant had constructive and actual notice of Plaintiff's use of the

26   distinctive El Monterey packaging design in connection to frozen Mexican food.

27         29.    Defendant, without the consent of Plaintiff is unlawfully using and

28   misappropriating Plaintiff's El Monterey packaging design .

30. Defendant is using Plaintiff's El Monterey packaging design to sell its own line of frozen Mexican food.

31. On or about September 3, 2009, Plaintiff gave written notice to Defendant to cease and desist regarding the use of Plaintiff's El Monterey packaging design, but Plaintiff continued to use the packaging design publicly in selling its Las Campanas line of frozen Mexican food.

32. Defendant is confusing potential customers by using the El Monterey packaging design in advertising and selling its Las Campanas line of frozen Mexican food, including online advertising. Potential customers looking for El Monterey burritos and chimichangas manufactured by Plaintiff will be drawn to Defendant's Las Campanas products because the packaging is almost identical to Plaintiff's and the two brands are displayed in the same location in stores. As a direct and proximate result of the confusion, deception and/or mistake caused by Defendant's use of the El Monterey packaging design, Defendant has made, and is making, profits in an amount according to proof. Alternatively, Defendant's actions destroy the origin-identifying function of the El Monterey packaging design.

33. Defendant is using Plaintiff's El Monterey packaging design with the intention of causing confusion, mistake or deception. The goodwill of Plaintiff's business under its El Monterey packaging design is of great value to Plaintiff, and Plaintiff will suffer irreparable harm should infringement be allowed to continue to the detriment of its trade dress, reputation, and goodwill.

34. The foregoing acts of infringement have been and continue to be deliberate, willful and wanton, making this an exceptional case within the meaning of 15 U.S.C. §1117.

35. Unless enjoined by this Court from so doing, Defendant will continue to engage in acts of infringement of the sort complained herein, to the irreparable damage and injury of Plaintiff.

36. Plaintiff is entitled to a temporary, preliminary and permanent injunctive relief against Defendant, as well as all other remedies available under the Lanham Act, including, but not limited to, compensatory damages, treble damages, punitive damages, disgorgement of

6

profits, and costs and attorneys fees.

### THIRD CAUSE OF ACTION

**Unfair Business Practice**

**(Common Law and California Business and Professions Code §17200 et seq.)**

37.    Plaintiff refers to and incorporates by this reference all of the allegations of Paragraphs 1 through 36 as if fully set forth herein.

38. Defendant's use of Plaintiff's El Monterey packaging design in connection with frozen Mexican food in California and other places, including use on the internet and in stores, is likely to deceive customers and prospective customers into believing that Defendants' products and services are those of Plaintiff's in violation of California Business and Professions Code §17200.

39.    Defendant's actions are likely to deceive the customers and potential customers into believing that Defendant has an affiliation, connection, or association with Plaintiff when it does not, in violation of California Business and Professions Code §17200.

40.    Unless enjoined by this Court from so doing, Defendant will continue to engage in acts of false representation and designation of the sort complained herein, to the irreparable damage and injury of Plaintiff.

41.    Plaintiff is entitled to a temporary, preliminary and permanent injunctive relief against Defendant, as well as all other remedies available under law, including, but not limited to, compensatory damages, disgorgement of profits, and costs and attorney's fees.

### PRAYER

**WHEREFORE**, Plaintiff RUIZ FOOD PRODUCTS, INC., prays for judgment in its favor against Defendant CAMINO REAL FOODS, INC., as follows:

1.    That the Court enter a temporary restraining order pending a preliminary injunction hearing that enjoins Defendant, Defendant's officers, agents, employees, distributors, sellers, advertisers, assigns, representatives, and all persons and entities in active participation and

combination with it, from:

        (A) using packaging design that is confusingly similar to Plaintiff's El Monterey packaging design in connection with frozen Mexican food to label, package, advertise, promote, market, sell or distribute its products;

        (B) using Plaintiff's El Monterey packaging design in connection with frozen Mexican food in any business transaction; and

        (C) falsely representing that Defendant has any affiliation with Plaintiff

    2.     That the Court enter a preliminary injunction that enjoins Defendant, Defendant's officers, agents, employees, distributors, sellers, advertisers, assigns, representatives, and all persons and entities in active participation and combination with it, from the activities listed in paragraphs 1(A)-(C) above pending resolution at trial.

    3.     That the Court enter a permanent injunction that enjoins Defendant, Defendant's officers, agents, employees, distributors, sellers, advertisers, assigns, representatives, and all persons and entities in active participation and combination with it, from the activities listed in paragraphs 1(A)-(C) above pending resolution at trial.

    4.     That the Court enter judgment that Defendant has committed trade dress infringement pursuant to common law and/or 15 U.S.C. § 1125(a) and unfair business practice pursuant to California Business and Professional Code §17200.

    5.     That the Court enter an order requiring Defendant to show cause, if any, why they should not be enjoined from further use of Plaintiff's El Monterey packaging design in connection with frozen Mexican food during the pendency of this action.

    6.     That Defendant be required to deliver up for destruction any and all packaging, advertising, and other items in the possession, custody or control of Defendant which if advertised, displayed, or transmitted by Defendant would violate the injunction herein granted.

    7.     For profits derived from infringement and unfair competition related to Plaintiff's El Monterey packaging design;

    8.     For three times the amount of Plaintiff's actual damages caused by Defendant's willful and intentional infringement and use of Plaintiff's El Monterey packaging

**COMPLAINT**

design.

        9.     For punitive or exemplary damages according to proof.

       10.     For reasonable attorneys fees and cost of suit as provided by law; and

       11.     For other such legal and/or equitable relief as the Court may deem proper.

DATED:  October ___, 2009.

                   BAKER MANOCK & JENSEN, PC

                   By _____
                   John G. Michael
                   Attorneys for Plaintiff RUIZ FOOD PRODUCTS,
                   INC.

@PFDesktop\::ODMA/MHODMA/DMS;DMS;769005;1
16656/0001

9

COMPLAINT

EXHIBIT 'A'



**EXHIBIT A**













EXHIBIT 'B'



## Nutrition Facts

Serving Size 1 Burrito (113g)
Servings Per Container 1

**Amount Per Serving**

Calories 260     Calories from Fat 60

| | % Daily Value* |
|---|---|
| **Total Fat** 7g | 11% |
| Saturated Fat 1 5g | 8% |
| Trans Fat 0g | |
| **Cholesterol** 5mg | 2% |
| **Sodium** 510mg | 21% |
| **Total Carbohydrate** 40g | 13% |
| Dietary Fiber 4g | 16% |
| Sugars 1g | |
| **Protein** 9g | |

| | |
|---|---|
| Vitamin A 2% | Vitamin C 2% |
| Calcium 6% | Iron 15% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

AVAILABLE IN SINGLE OR FAMILY PACKS



INGREDIENTS:

**Filling:** Water, Pinto Beans, Cheddar Cheese (Cultured Pasteurized Milk, Salt, Enzymes, Natural Color [Annatto]), Vegetable Oil (Soybean Oil, Citric Acid), Salt, Chili Pepper.

**Tortilla:** Flour (Bleached Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Vegetable Oil (Soybean , Canola, and/or Corn Oil), Salt, Baking Powder (Sodium Bicarbonate, Corn Starch, Sodium Aluminum Sulfate, Calcium Sulfate, Monocalcium Phosphate), Guar Gum, Dough Conditioner (Sodium Metabisulfite, Corn Starch, Microcrystalline Cellulose, Dicalcium Phosphate).

**Contains:** Soy, Wheat, Milk

**Home** | **Products** | **Recipes** | **Store Finder** | **Contact** | **About**

Copyright © 2009 Camino Real Foods

 media

**EXHIBIT B**



**Nutrition Facts**

Serving Size 1 Burrito (114g)
Servings Per Container 1

| Amount Per Serving | |
|---|---|
| **Calories** 280 | Calories from Fat 90 |

| | % Daily Value* |
|---|---|
| **Total Fat** 10g | 16% |
| Saturated Fat 4g | 21% |
| Trans Fat 0g | |
| **Cholesterol** 10mg | 3% |
| **Sodium** 440mg | 18% |
| **Total Carbohydrate** 36g | 12% |
| Dietary Fiber 6g | 23% |
| Sugars 2g | |
| **Protein** 11g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 4% | • | Iron 25% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

AVAILABLE IN SINGLE OR FAMILY PACKS



INGREDIENTS:

**Filling:** Water, Beef, Pinto Beans, Cereal (Corn, Wheat, Rye, Oat, Rice Flours), Textured Vegetable Protein (Soy Flour, Caramel Color , Zinc Oxide, Ferrous Sulfate, Niacinamide, Calcium Pantothenate, Pyridoxine Hydrochloride [B6], Riboflavin [B2], Thiamine Mononitrate [B1] , Vitamin A Palmitate, Cyanocobalamin [B12], Salt, Dehydrated Onions, Ground Chili Pepper, Jalapeno Puree (Jalapeno Peppers, Citric Acid), Garlic Powder).

**Tortilla:** (Bleached Wheat Flour, [Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid], Water, Soybean Oil [ Soybean Oil, Citric Acid], Salt, Baking Powder (Sodium Bicarbonate, Corn Starch, Sodium Aluminum Sulfate, Calcium Sulfate, Monocalcium Phosphate), Guar Gum, Dough Conditioner [Sodium Metabisulfite, Corn Starch, Microcrystalline Cellulose, Dicalcium Phosphate]).

**Contains:** Wheat, Soy

**Home** | **Products** | **Recipes** | **Store Finder** | **Contact** | **About**

Copyright © 2009 Camino Real Foods

 media

## Nutrition Facts

Serving Size 1 Burrito (114g)
Servings Per Container 1

**Amount Per Serving**

Calories 270    Calories from Fat 100

| | % Daily Value* |
|---|---|
| **Total Fat** 11g | **17%** |
| Saturated Fat 4g | **20%** |
| Trans Fat 0g | |
| **Cholesterol** 10mg | **3%** |
| **Sodium** 480mg | **20%** |
| **Total Carbohydrate** 35g | **12%** |
| Dietary Fiber 6g | **24%** |
| Sugars 3g | |
| **Protein** 9g | |

| | | | |
|---|---|---|---|
| Vitamin A 4% | • | Vitamin C 0% | |
| Calcium 4% | • | Iron 15% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram
Fat 9  •  Carbohydrate 4  •  Protein 4

AVAILABLE IN SINGLE OR FAMILY PACKS



INGREDIENTS:

**FILLING:** Water, Beef, Pinto Beans, Diced Green Chile (Green Chile Peppers, Water, and Citric Acid), Cereal (Corn, Wheat, Rye, Oat, Rice Flours), Dehydrated Onion, Textured Vegetable Protein (Soy Flour, Caramel Color, Zinc Oxide, Ferrous Sulfate, Niacinamide, Calcium Pantothenate, Pyridoxine Hydrochloride {B6}, Riboflavin {B2},Thiamine Mononitrate {B1}, Vitamin A Palmitate, Cyanocobalamin {B12}), Tomato Paste, Salt, Cumin, Jalapeno Puree (Jalapeno Peppers, Citric Acid), Black Pepper, Garlic Powder.

**Tortilla:** Flour (Bleached Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Vegetable Oil (Soybean, Canola, and/or Corn Oil), Salt, Baking Powder (Sodium Bicarbonate, Corn Starch, Sodium Aluminum Sulfate, Calcium Sulfate, Monocalcium Phosphate), Sodium Stearoyl Lactolate, Guar Gum, Dough Conditioner (Sodium Metabisulfite, Corn Starch, Microcrystalline Cellulose, Dicalcium Phosphate).

**CONTAINS:** Wheat, Soy

**Home** | **Products** | **Recipes** | **Store Finder** | **Contact** | **About**

Copyright © 2009 Camino Real Foods

 media

Beef, Bean & Cheese Chimichanga | Las Campanas Burritos

- 
- 
- 
- 
- 
- 



- [Bean & Cheese](#)
- [Beef & Bean](#)
- [Beef & Bean – Green Chili](#)
- [Beef & Bean Chimichanga](#)
- [Beef, Bean & Cheese Chimichanga](#)
- [Breakfast Wraps](#)
- [Chicken, Rice & Beans](#)
- [Pizza](#)
- [Red Hot Beef](#)

# BEEF, BEAN & CHEESE CHIMICHANGA





**Home | Products | Recipes | Store Finder | Contact | About**

Copyright © 2009 Camino Real Foods

media

- 
- 
- 
- 
- 



- Bean & Cheese
- Beef & Bean
- Beef & Bean -- Green Chili
- Beef & Bean Chimichanga
- Beef, Bean & Cheese Chimichanga
- Breakfast Wraps
- Chicken, Rice & Beans
- Pizza
- Red Hot Beef

## CHICKEN, RICE & BEANS





**Home** | **Products** | **Recipes** | **Store Finder** | **Contact** | **About**

Copyright © 2009 Camino Real Foods

media



**Nutrition Facts**

Serving Size Burrito (114g)
Servings Per Container 1

Amount Per Serving

| Calories 260 | Calories from Fat 80 |
|---|---|

| | % Daily Value* |
|---|---|
| Total Fat 9g | 14% |
| Saturated Fat 3.5g | 18% |
| Trans Fat 0g | |
| Cholesterol 10mg | 3% |
| Sodium 440mg | 18% |
| Total Carbohydrate 38g | 13% |
| Dietary Fiber 5g | 20% |
| Sugars 2g | |
| Protein 10g | |

| Vitamin A 0% | • | Vitamin C 0% |
|---|---|---|
| Calcium 4% | • | Iron 25% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

AVAILABLE IN SINGLE OR FAMILY PACKS



**INGREDIENTS:**

**FILLING:** Water, Beef, Pinto Beans, Tomato Paste, Cereal (Corn, Wheat, Rye, Oat, Rice Flours), Dehydrated Onion, Textured Vegetable Protein (Soy Flour, Caramel Color, Zinc Oxide, Ferrous Sulfate, Niacinamide, Calcium Pantothenate, Pyridoxine Hydrochloride {B6}, Riboflavin {B2}, Thiamine Mononitrate {B1}, Vitamin A Palmitate, Cyanocobalamin {B12}), Salt, Green Jalapeno Puree (Green Jalapeno Peppers, Citric Acid), Black Pepper, Ground Red Pepper, Crushed Red Pepper, Garlic Powder, Caramel Color.

**Tortilla:** Bleached Enriched Flour (Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Vegetable Oil (Soybean, Canola, and/or Corn Oil), Salt, Baking Powder (Sodium Bicarbonate, Corn Starch, Sodium Aluminum Sulfate, Calcium Sulfate, Monocalcium Phosphate), Sodium Stearoyl Lactolate, Guar Gum, Dough Conditioner (Sodium Metabisulfite, Corn Starch, Microcrystalline Cellulose, Dicalcium Phosphate).

**Contains:** Soy, Wheat

**Home** | **Products** | **Recipes** | **Store Finder** | **Contact** | **About**

Copyright © 2009 Camino Real Foods

 media



**Nutrition Facts**

Serving Size 1 Chimichanga (113g)
Servings Per Container 1

| Amount Per Serving | | |
|---|---|---|
| Calories 420 | Calories from Fat 170 | |
| | | % Daily Value* |
| Total Fat 19g | | 29% |
| Saturated Fat 7g | | 35% |
| Trans Fat 0g | | |
| Cholesterol 20mg | | 7% |
| Sodium 550mg | | 23% |
| Total Carbohydrate 39g | | 13% |
| Dietary Fiber 4g | | 16% |
| Sugars 1g | | |
| Protein 9g | | |

| Vitamin A 4% | • | Vitamin C 2% |
|---|---|---|
| Calcium 4% | • | Iron 15% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Saturated Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

AVAILABLE IN SINGLE OR FAMILY PACKS



INGREDIENTS:

**Filing:** Water, Beef, Pinto Beans, Cereal (Yellow Corn Flour, Wheat Flour, Rye Flour, Oat Flour, Rice Flour), Textured Vegetable Protein (Soy Flour, Caramel Color, Zinc Oxide, Ferrous Sulfate, Niacinamide, Calcium Panthothenate, Pyridoxine Hydrochloride [B6], Riboflavin [B2], Thiamine Mononitrate [B1], Vitamin A Palmitate, Cyanocobalamin [B-12]), Salt, Dehydrated Onions, Jalapeno Puree (Jalapeno Peppers, Citric Acid), Chili Pepper, Spices, Garlic Powder.

**Tortilla:** (Bleached Wheat Flour, [Wheat Flour, Niacin, Iron, Thiamine Mononitrate, Riboflavin, Folic Acid), Water, Vegetable Oil (Soybean, Canola and/or Corn Oil), Salt, Corn Flour (Stone Ground Corn Cooked with Lime), Baking Powder (Sodium Bicarbonate, Corn Starch, Sodium Aluminum Sulfate, Calcium Sulfate, Monocalcium Phosphate),Guar Gum, Dough Conditioner (Sodium Metabisulfite, Corn Starch , Microcrystalline Cellulose, Dicalcium Phosphate).

**Fried in:** Animal/Vegetable Oil (Soybean and/or Beef Fat, Cottonseed Oil, [BHT, Citric Acid added to protect flavor]).

**Contains:** Soy, Wheat

Home | Products | Recipes | Store Finder | Contact | About

Copyright © 2009 Camino Real Foods