**BAKER, MANOCK & JENSEN**
A PROFESSIONAL CORPORATION
FIG GARDEN FINANCIAL CENTER
5260 NORTH PALM AVENUE, FOURTH FLOOR
FRESNO, CALIFORNIA 93704-2209
TELEPHONE
AREA CODE 209
432-5400

Attorneys for **Plaintiff** **RUIZ FOOD PRODUCTS, INC.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUIZ FOOD PRODUCTS, INC.,** a California corporation | Case No. 1:09-CV-01731 AWI SMS |
| Plaintiff, | |
| v. | **ORDER TO DISMISS ENTIRE CASE WITH PREJUDICE** |
| **CAMINO REAL FOODS, INC.,** a California corporation | |
| Defendant. | |

Upon stipulation of the parties,

IT IS HEREBY ORDERED:

That this action including the complaint and all counter-claims be dismissed with prejudice pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1), with each side to bear its own Attorneys' Fees and Costs.

IT IS SO ORDERED.

Dated:  December 7, 2010

CHIEF UNITED STATES DISTRICT JUDGE